NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Mr. Tyrone Quick, | : | Civil Action No. 10-3072 (SRC) |
| Plaintiff, | : | ORDER |
| v. | : | |
| SCO Robinson and SCO White, | : | |
| Defendants. | : | |

**CHESLER**, District Judge

This matter having come before the Court on Plaintiffs' application to proceed *in forma pauperis*; and the Court having reviewed the application to proceed *in forma pauperis* under 28 U.S.C. §1915(a); and the Court having reviewed the Complaint under 28 U.S.C. §1915(e)(2)(B); and for the reasons expressed in the Opinion filed herewith;

**IT IS** on this 23rd day of June, 2010,

**ORDERED** that Plaintiffs' application to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. §1915(a); and it is further

**ORDERED** that the Clerk of the Court is hereby directed to file the Complaint in this action without pre-payment of the filing fee; and it is further

**ORDERED** that the Clerk of the Court shall issue a summons, and the United States Marshal shall serve a copy of the Complaint and summons upon defendant, pursuant to 28 U.S.C. § 1915(d), with all costs of service advanced by the United States.

   s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge

DATED: June 23, 2010